■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PHILLIP JONES, Appellant. [696 NYS2d 865] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Kron, J.), rendered March 31, 1998, convicting him of attempted criminal possession of a controlled substance in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). O'Brien, J. P., Ritter, Joy, Altman and Smith, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH KEARSE, Appellant. [696 NYS2d 854] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 11, 1998 (*People v Kearse,* 250 AD2d 706), affirming a judgment of the Supreme Court, Queens County, rendered October 27, 1995.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Ritter, J. P., Goldstein, McGinity and Luciano, JJ., concur.